UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARC SCARPACI,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC.,

    Defendant.

C.A. NO. 15-CV-11525-FDS

**PLAINTIFFS OPPOSITION TO DEFENDANT'S**

**MOTION FOR SUMMARY JUDGMENT**

    Now comes the Plaintiff, Marc Scarpaci, (hereinafter "Scarpaci"), in connection with the above-referenced matter and respectfully requests this Honorable Court to deny Defendant Lowe's Home Centers, LLC's (hereinafter "Lowe's") Motion for Summary Judgment. Scarpaci states that Summary Judgment should be denied for the following reasons:

1. The statutory and tort-based misclassification claims were timely filed because the relevant statutes of limitations were tolled by the statutes and/or by Lowe's behavior.

2. Genuine issues of material fact exist regarding Scarpaci's duties and responsibilities during his employment at Lowe's that would lead a reasonable finder of fact to resolve the issue in favor of Scarpaci.

3. There are facts in the record which would lead a finder of fact to resolve the claims of breach of contract, unjust enrichment, and *quantum meruit* in favor of Scarpaci.

The above grounds are set forth more particularly in the Plaintiff's Memorandum In Support of his Opposition to Defendant's Motion for Summary Judgment, the Plaintiff's Concise Statement of Material Facts, and supporting Affidavits and Exhibits filed together with this Opposition.

WHEREFORE, the Plaintiff requests that his Opposition be granted, and the Defendant's Motion for Summary Judgment be dismissed in its entirety.

Respectfully Submitted,

**MARC SCARPACI,**

By his Attorneys,

/s/ John Entner
Roberto L. Di Marco, BBO #645157
Jennifer Martin Foster, BBO #644796
Steven Sroczynski, BBO #680387
John Entner, BBO #686531
WALKER & DI MARCO, P.C.
350 Main Street, 1st Floor
Malden, MA  02148
Tel:  781-322-3700
Fax: 781-322-3757
rdimarco@walkerdimarcopc.com
jfoster@walkerdimarcopc.com
ssroczynski@walkerdimarcopc.com
jentner@walkerdimarcopc.com

Date: June 13, 2016

## **CERTIFICATE OF SERVICE**

I, John Entner, attorney for the Plaintiff, Marc Scarpaci, hereby certify that I have this day served the within *Plaintiff's Opposition to Defendant's Motion for Summary Judgment* upon all counsel of record via the ECF system.


/s/ John Entner
John Entner, Esq.
June 13, 2016