UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
**MARC SCARPACI,**                        )
                                                )
      **Plaintiff,**                      )
                                                )       **Civil No.**
      **v.**                           )       **15-11525-FDS**
                                                )
**LOWE'S HOME CENTER, LLC,**              )
                                                )
      **Defendant.**                 )
_____)

## **JUDGMENT**

**SAYLOR, J.**

     In accordance with the Court's Memorandum and Order issued on July 22, 2016, granting the motion of Lowe's Home Center, LLC. for summary judgment in the above-entitled action, it is hereby ORDERED:

         Judgment for defendant Lowe's Home Center, LLC.

                                            So Ordered.

                                            F. DENNIS SAYLOR, IV
                                            UNITED STATES DISTRICT JUDGE

                                            By the Court:

July 22, 2016                              /s/ Lisa Pezzarossi
Date                                             Deputy Clerk